Paid Rec*
150000262

# Form 1A

## Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court for the **Eastern**
District of **Michigan**
Docket Number **22-11152**   Cox

Monica Conyers
                    , Plaintiff
v.
Cathy M. Garrett, WCC

                    , Defendant

Notice of Appeal

**Wayne County Corporate Counsel, MI Attorney General** (name all parties taking the appeal)* appeal to the United States Court of Appeals for the **6** Circuit from the final judgment entered on **6/3/22** (state the date the judgment was entered).

(s) **Pamela Campbell, 75243**
*Attorney for* **23205 Gratiot # 303**
*Address*: **Eastpointe, MI 48021**
PAM.RIce.Law@gmail.com
855-726-5292

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.]

Monica Conyers _____

* See Rule 3(c) for permissible ways of identifying appellants.

EMERGENCY
Election Issue